Same case below, 409 Fed. Appx. 984.

**No. 11-5662. Charles Schwab, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 338, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 5938.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 421 Fed. Appx. 57.

**No. 11-5665. Michael Pulido, Petitioner v. Anthony Hedgpeth, Warden.**

565 U.S. 918, 132 S. Ct. 338, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 5809.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 629 F.3d 1007.

**No. 11-5670. Jeremy Todd Brown, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 339, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 6203.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 423 Fed. Appx. 264.

**No. 11-5671. James Varholick, Petitioner v. Ohio.**

565 U.S. 918, 132 S. Ct. 339, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 5839.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 11-5672. Jose Antonio Urias-Salazar, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 339, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 5881.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 429 Fed. Appx. 952.

**No. 11-5673. John Erwin Overby, Jr., Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 339, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 6190.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 760.

**No. 11-5675. Jason Hawkins, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 339, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 7028.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 413 Fed. Appx. 844.